```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WYATT KILDOW                    *          CIVIL ACTION

VERSUS                          *          NO: 08-5060

B & W TRUCKING, INC., ET AL     *          SECTION: "D"(3)
```

### ORDER AND REASONS

Before the court is the **"Motion to Remand" (Doc. No. 11)** filed by Plaintiff, Wyatt Kildrow, arguing that the matter was improperly removed because the Defendants are citizens of the forum state, Louisiana. The motion was set for hearing on Wednesday, January 28, 2009, but Defendant B & W Trucking, Inc. filed a Memorandum of No Opposition (Doc. No. 16) in which Defendant concedes that this matter should be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana. Accordingly;

**IT IS ORDERED** that the **"Motion to Remand" (Doc. No. 11)** filed by Plaintiff, Wyatt Kildrow, be and is hereby **GRANTED**, remanding this matter to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this **26th** day of **January**, **2009**.

                                          A.J. McNAMARA
                              UNITED STATES DISTRICT JUDGE